```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
ROSENFELD FAMILY FOUNDATION,

                Plaintiff,
                                           ORDER
        - against -
                                           21 Civ. 6251 (NRB)
ICONIX BRAND GROUP, INC.,
JUSTIN BARNES, F. PETER CUNEO,
DREW COHEN, ROBERT C. GALVIN,
and JAMES MARCUM,
                Defendants.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on July 22, 2021, this case was filed alleging violations of Sections 14(d), 14(e), and 20(a) related to the acquisition of Iconix Brand Group, Inc. by Iconix Acquisition LLC, (ECF No. 1);

WHEREAS, it is publicly reported that the deal closed over two years ago;

WHEREAS, there is no evidence of further activity on the docket after the complaint was filed; it is hereby

**ORDERED** that this case is dismissed with prejudice for failure to prosecute. The Clerk of Court is respectfully ordered to close the case.

Dated:    November 30, 2023
          New York, New York

                                   _____
                                        NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE